# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Newsom, Kevin C. | U.S. Court of Appeals, Eleventh Circuit | 07/31/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Hugo L. Black United States Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Bradley Arant Boult Cummings LLP |
| 2. | Overseer | Samford University |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2007 | Bradley Arant Boult Cummings LLP Capital Account -- Return of capital "paid into" the firm as a partner, plus any accumulated "preferred return" |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 07/31/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Bradley Arant Boult Cummings LLP -- partnership income | $487,937.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Golds Holding Corp (wages) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Society | November 17-19, 2017 | Washington, DC | National Lawyers Convention | Transportation, meals, and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 07/31/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 07/31/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank | A | Interest | L | T | | | | | |
| 2. BROKERAGE #1 (H) | | | | | | | | | |
| 3. Bank of America NA RASP | A | Interest | K | T | | | | | |
| 4. DJIA LIRN (MLTRN) | | None | K | T | | | | | |
| 5. DJIA LIRN (MLZNC) | | None | L | T | | | | | |
| 6. DJIA LIRN (MLTUR) | | None | K | T | | | | | |
| 7. DJIA LIRN (MLTJT) (X) | | None | L | T | | | | | |
| 8. DJUSRE (MLTZW) | | None | K | T | | | | | |
| 9. GEB CLIRN (MLTZW) | | None | K | T | | | | | |
| 10. GEB CLIRN (MLTHD) | | None | K | T | | | | | |
| 11. R2000 CLIRN (MLTFR) | | None | L | T | | | | | |
| 12. R2000 CLIRN (MLTHC) | | None | K | T | | | | | |
| 13. R2000 CLIRN (MLTEV) | | None | L | T | | | | | |
| 14. SPX CLIRN (MLTDU) | | None | L | T | | | | | |
| 15. SP500 CLIRN (MLTGW) | | None | K | T | | | | | |
| 16. SP500 CLIRN (MLVCD) | | None | L | T | Buy | 12/21/17 | L | | |
| 17. SP500 CLIRN (MLTGZ) | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 07/31/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SP500 CLIRN (MLTUQ) | | None | K | T | | | | | |
| 19. SP500 CLIRN (MLTER) | | None | K | T | | | | | |
| 20. SP500 CLIRN (MLTDQ) | | None | K | T | | | | | |
| 21. SX5E CLIRN (MLVBB) | | None | K | T | Buy | 10/26/17 | K | | |
| 22. SX5E CLIRN (MLTGY) | | None | K | T | | | | | |
| 23. SX5E CLIRN (MLTJR) (X) | | None | K | T | | | | | |
| 24. American New World (NEWFX) | A | Dividend | K | T | | | | | |
| 25. American Fund Bal (ABALX) | B | Dividend | L | T | | | | | |
| 26. American Growth (AGTHX) | A | Dividend | K | T | | | | | |
| 27. American Income (AMECX) | B | Dividend | K | T | | | | | |
| 28. IShares Russell 1000 Growth (IWF) (X) | A | Dividend | K | T | | | | | |
| 29. IShares Russell Growth (Y) | | | | | | | | | |
| 30. IShares Russell 1000 (IWB) (X) | A | Dividend | | | Sold | 09/05/17 | K | E | |
| 31. IShares MidCap Russell (IWP) | A | Dividend | J | T | Sold (part) | 09/05/17 | K | B | |
| 32. IShares Russell 2000 (IWN) | A | Dividend | | | Sold | 11/15/17 | J | C | |
| 33. IShares Russell Value (IWD) | A | Dividend | | | Sold | 09/05/17 | J | A | |
| 34. SX5E CLIRNS CIBC (136069341) (X) | | None | | | Redeemed | 10/27/17 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 07/31/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Goldcorp 3.7% Corporate Bond (Y) 3/15/23 (380956AD4) | | | | | | | | | |
| 36. Conoco 3.35% Corporate Bond 04/15/16 (20826FAD8) (Y) | | | | | | | | | |
| 37. Watson Pharma 1.8% Corporate Bond 10/1/17 (942683AG8) (Y) | | | | | | | | | |
| 38. Southwestern Engergy 5.05% Corporate Bond 1/23/18 (845467AJ8) (Y) | | | | | | | | | |
| 39. SP500 CLIRN (MLTBR) | | None | | | Redeemed | 12/22/17 | L | C | |
| 40. SP500 CLIRN (MLHMH) (Y) | | | | | | | | | |
| 41. SX53 CLIRN (MLHMJ) | | None | K | T | | | | | |
| 42. SX53 CLIRN (MLTRZ) | | None | K | T | | | | | |
| 43. BROKERAGE #2 (H) | | | | | | | | | |
| 44. ML Bank Deposit Program | A | Interest | J | T | | | | | |
| 45. Vodafone Group 1.5% Corp Bond 02/19/18 (92857WBE9) | A | Interest | K | T | | | | | |
| 46. Northrop Grumman 1.75% Corp Bond 06/01/18 (666807BF8) (X) | A | Interest | K | T | | | | | |
| 47. Northrum Grumman 1.75% Corporate Bond 6/1/17 (Y) | | | | | | | | | |
| 48. Mylan Inc 2.6% Corp Bond 06/24/18 (628530AX5) | A | Interest | K | T | | | | | |
| 49. Oneok Partners 3.2% Corp Bond 09/5/18 | A | Interest | K | T | | | | | |
| 50. Abbvie Inc 2.0% Corp Bond 11/06/18 (00287YAK5) | A | Interest | K | T | | | | | |
| 51. Humana Inc 2.625% Corp Bond 10/01/19 (444859BC5) | A | Interest | K | T | Buy | 08/09/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 07/31/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Dominion Res 2.5% Corp Bond 12/01/19 (25746UCA5) | A | Interest | K | T | Buy | 08/09/17 | K | | |
| 53. Goldman Sachs 2.3% Corp Bond 2/13/19 (38145GAJ9) | A | Interest | K | T | | | | | |
| 54. Viacom Inc 2.75% Corp Bond 12/15/19 (92553PAY8) | A | Interest | K | T | | | | | |
| 55. Eastman Chemical 2.70% Corp Bond 01/15/20 (277432AQ3) | A | Interest | K | T | Buy | 08/09/17 | K | | |
| 56. Morgan Stanley 2.65% Corp Bond 01/27/20 (61747YDW2) | A | Interest | K | T | | | | | |
| 57. Phillips 66 2.646% Corp Bond 02/15/20 (718549AA6) | A | Interest | K | T | | | | | |
| 58. Goldman Sachs 2.6% Corp Bond 04/23/20 (38148LAA4) | A | Interest | K | T | | | | | |
| 59. American Express FLT% Corp Bond 09/14/20 (0258M0DY2) | A | Interest | K | T | Buy | 08/09/17 | K | | |
| 60. JP Morgan Chase 2.55% Corp Bond 10/29/20 (46625HNX4) | A | Interest | K | T | Buy | 08/09/17 | K | | |
| 61. Autonation Inc 3.35% Corp Bond 01/15/21 (0258M0DY2) (X) | A | Interest | K | T | | | | | |
| 62. Kroger Co 2.6% Corp Bond 02/01/21 (501044DB4) (X) | A | Interest | K | T | | | | | |
| 63. Citigroup Inc 2.7% Corp Bond 03/30/21 (172967KK6) | A | Interest | K | T | | | | | |
| 64. Wells Fargo 2.1% Corp Bond 07/26/21 (949746SA0) (X) | A | Interest | K | T | | | | | |
| 65. Canada Nat Res 3.45 Corporate Bond 11/15/21 (136385AR2) | A | Interest | K | T | | | | | |
| 66. Williams Partners 4.0% Corp Bond 11/15/21 (96950FAH7) | A | Interest | K | T | | | | | |
| 67. Verizon Comm 2.946% Corp Bond 03/15/22 (92343VDQ4) | A | Interest | K | T | Buy | 08/09/17 | K | | |
| 68. Amgen Inc 2.65% Corp Bond 05/11/22 (031162CP3) | A | Interest | K | T | Buy | 08/09/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Devon Energy 3.25% Corp Bond 05/15/22 (25179MAP8) | A | Interest | K | T | | | | | |
| 70. Morgan Stanley 2.75% Corp Bond 05/19/22 (61744YAH1) | A | Interest | K | T | Buy | 08/09/17 | K | | |
| 71. USD Cenovus Energy 3.0% Bond 08/15/22 (15135UAG4) (X) | A | Interest | K | T | | | | | |
| 72. Oneok Partners 3.375% Corp Bond 10/01/22 (68268NAJ2) | A | Interest | K | T | | | | | |
| 73. Spectra Energy 3.3% 03/15/23 (84755TAE7) | A | Interest | K | T | Buy | 08/09/17 | K | | |
| 74. USD Cenovus Energy 3.8% Bond 09/15/23 (15135UAJ8) | A | Interest | K | T | Buy | 08/09/17 | K | | |
| 75. Citigroup Inc FLT% Corp Bond 05/17/24 (172967LL3) | A | Interest | K | T | Buy | 08/09/17 | K | | |
| 76. Hess Corp 3.5% Corp Bond 07/15/24 (42809HAF4) | A | Interest | K | T | | | | | |
| 77. Autozone Inc 3.25% Corp Bond 04/15/25 (053332AR3) | A | Interest | K | T | Buy | 08/09/17 | K | | |
| 78. Morgan Stanley Step% Corp Bond 07/28/27 (61760QKN3) | A | Interest | K | T | Buy | 08/09/17 | K | | |
| 79. Wells Fargo Step% Corp Bond 03/22/29 (95000N2E8) | A | Interest | K | T | Buy | 09/07/17 | K | | |
| 80. Wells Fargo Step% Corp Bond 04/30/30 (94986RPM7) | A | Interest | K | T | Buy | 11/21/17 | K | | |
| 81. JP Morgan Chase Step% Corp Bond 09/23/30 (48125UY30) | A | Interest | K | T | Buy | 11/23/17 | K | | |
| 82. Jefferies Grp Step% Corp Bond 07/21/31 (47233JAC2) | A | Interest | K | T | Buy | 12/13/17 | J | | |
| 83. Goldman Sachs Step% Corp Bond 08/17/31 (38148TNJ4) | A | Interest | K | T | Buy | 11/07/17 | K | | |
| 84. Bank of America Step% Corp Bond 08/28/32 (06048WUP3) | B | Interest | K | T | Buy | 09/15/17 | L | | |
| 85. Goldman Sachs Step% Corp Bond 07/06/36 (38148TN96) | A | Interest | K | T | Buy | 11/15/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 07/31/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Macys Retail Corp Bond 4.375% 09/01/23 (55616XAK3) | A | Interest | | | Buy | 08/09/17 | K | | |
| 87. | | | | | Sold | 11/14/17 | K | | |
| 88. Johnson Controls 1.4% Corp Bond 11/02/17 (478373AB9) | A | Interest | | | Redeemed | 11/02/17 | K | | |
| 89. IRA #1 (H) | | | | | | | | | |
| 90. Bank of America RASP (X) | A | Interest | L | T | | | | | |
| 91. Thermo Fisher Scientific 2.4% Corporate Bond 2/1/19 (883556BE1) (X) | A | Interest | J | T | | | | | |
| 92. HCP, Inc. 2.625% Corporate Bond 2/1/20 (40414LAH2) (X) | A | Interest | J | T | | | | | |
| 93. Marathon Oil 2.7% Corp Bond 6/1/20 (565849AN6) (X) | A | Interest | J | T | | | | | |
| 94. Conoco 3.35% Corporate Bond 11/15/24 (20826FAD8) | A | Interest | J | T | | | | | |
| 95. HCP, Inc. 2.625% Corporate Bond 1/1/20 (Y) | | | | | | | | | |
| 96. Thermo Fisher Scientific 2.4% Corporate Bond 1/1/19 (Y) | | | | | | | | | |
| 97. SP500 CLIRN (MLTXW) | | None | K | T | | | | | |
| 98. iShares MSCI EAFE (EFA) (X) | A | Dividend | J | T | | | | | |
| 99. iShares MSCI Emerging (EEM) (X) | A | Dividend | J | T | | | | | |
| 100. iShares RS 2000 Value (IWN) (X) | A | Dividend | J | T | | | | | |
| 101. SPDR S&P 500 ETF Trust (SPY) (X) | A | Dividend | J | T | | | | | |
| 102. SP500 CLIRN (MLTSZ) | | None | | | Redeemed | 12/22/17 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 07/31/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. SP500 Notes (MLTXV) | | None | | | Redeemed | 09/29/17 | K | B | |
| 104. SX5E CLIRN (MLTTA) | | None | | | Redeemed | 12/22/17 | K | C | |
| 105. IRA #2 (H) | | | | | | | | | |
| 106. Bank of America RASP (deposit acct) (X) | A | Interest | N | T | | | | | |
| 107. Putnam Equity Income Y (PEIYX) | D | Dividend | M | T | | | | | |
| 108. Vanguard Institutional Index I (VINIX) (Y) | | | | | | | | | |
| 109. American Beacon Small Cap Value Institutional (AVFIX) (Y) | | | | | | | | | |
| 110. Harbor Small Cap Growth Institutional (HASGX) | A | Dividend | K | T | | | | | |
| 111. American Funds Europacific Growth R6 (RERGX) (Y) | | | | | | | | | |
| 112. First Eagle Global A (SGENX) | C | Dividend | L | T | | | | | |
| 113. Dodge & Cox Income (DODIX) | B | Dividend | L | T | | | | | |
| 114. Galliard Retirement Income Fund 35 (GRIFA35) (Y) | | | | | | | | | |
| 115. RETIREMENT PLAN #2 (H) | | | | | | | | | |
| 116. CREF Stock R3 Fund | | None | J | T | | | | | |
| 117. CREF Growth R3 Fund | | None | J | T | | | | | |
| 118. CREF Equity Index R3 Fund | | None | J | T | | | | | |
| 119. CREF Global Equities R3 (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. CREF Equity Index R2 Fund | | None | J | T | | | | | |
| 121. CREF Bond Market R2 Fund | | None | J | T | | | | | |
| 122. TIAA Traditional Fund | | None | J | T | | | | | |
| 123. CREF Stock R2 Fund | | None | J | T | | | | | |
| 124. CREF Equity Index R1 Fund | | None | J | T | | | | | |
| 125. CREF Money Market Fund | | None | J | T | | | | | |
| 126. 403b Acct (H) | | | | | | | | | |
| 127. FID Overseas K (FOSKX) | A | Dividend | J | T | | | | | |
| 128. FID Disciplined Equity K (FDEKX) | A | Dividend | J | T | | | | | |
| 129. FID Growth Co K (FGCKX) | A | Dividend | J | T | | | | | |
| 130. FID OTC K (FOCKX) | A | Dividend | J | T | | | | | |
| 131. FID 500 Index Inst (FXSIX) | A | Dividend | J | T | | | | | |
| 132. 401a Acct (H) | | | | | | | | | |
| 133. FID Disciplined Equity (FDEKX) (X) | A | Dividend | J | T | | | | | |
| 134. FID Growth Co K (FGCKX) (X) | A | Dividend | J | T | | | | | |
| 135. FID OTC Portfolio (FOCKX) (X) | A | Dividend | J | T | | | | | |
| 136. FID 500 Index PR (FXSIX) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 07/31/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Fmmt Retirement GOV II (FRTXX) | A | Dividend | J | T | | | | | |
| 138. FID Overseas K (FOSKX) (X) | A | Dividend | J | T | | | | | |
| 139. 529 Plan #1 (H) | | | | | | | | | |
| 140. Virginia 529 -- 2024 Age-Based Portfolio | | None | M | T | | | | | |
| 141. 529 Plan #2 (H) | | | | | | | | | |
| 142. Utah Educational Savings Plan -- Age-Based Aggressive Global | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 07/31/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, line 1: Separated prior to taking the bench.

Part II, line 1: Concluded prior to taking the bench.

Part III A: To accommodate final resolution of my K-1, part of this amount was received in 2018; however, the reported total was attributed to tax year 2017, therefore it is reflected in full in this report.

Part III B: Corporate name for Gold's Gym

Part VII, line 137: Name update; see line 168 of the nomination report.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Kevin C. Newsom**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544